Query   Reports   Utilities   Help   What's New
Log Out

BNDDUTY,CLOSED,INTERPRETER

# U.S. District Court
# Southern District of Florida (Miami)
# CRIMINAL DOCKET FOR CASE #: 1:24-mj-04212-MFE All Defendants

Case title: USA v. Sanjay Kaushik

Date Filed: 10/18/2024

Date Terminated: 10/18/2024

Assigned to: Magistrate Judge Marty Fulgueira Elfenbein

## Defendant (1)

**Sanjay Kaushik**
13911-506
*YOB: 1967; Hindi*
*TERMINATED: 10/18/2024*

**Pending Counts**           **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**        **Disposition**
None

## Highest Offense Level (Terminated)

None

## Complaints

WARRANT\DISTRICT OF OREGON\COMPLAINT\ 18 U.S.C.§ 554 Smuggling Goods from the United States and 50 U.S.C. § 4819 Export Control Reform Act

## Disposition

## Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Noticing AUSA CR TP/SR**<br>Email: Usafls.transferprob@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2024 | | Arrest of Sanjay Kaushik (yeh0) (Entered: 10/21/2024) |
| 10/18/2024 | 1 | Magistrate Judge Removal of Complaint from District of Oregon Case number in the other District 3:24-mj-226 as to Sanjay Kaushik (1). (kan) (Entered: 10/21/2024) |
| 10/18/2024 | 3 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Sanjay Kaushik (yeh0) (Entered: 10/21/2024) |

| 10/18/2024 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Sanjay Kaushik. Defendant committed to District of Oregon. Closing Case for Defendant. Signed by Magistrate Judge Marty Fulgueira Elfenbein on 10/18/2024. *See attached document for full details.* (yeh0) (Entered: 10/21/2024) |
|---|---|---|
| 10/18/2024 | 5 | Notice of Criminal Transfer to District of Oregon of a Rule 5 or Rule 32 Initial Appearance as to Sanjay Kaushik. Your case number is: 24-mj-226. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (yeh0) (Entered: 10/21/2024) |
| 10/21/2024 | 2 | Minute Order for proceedings held before Magistrate Judge Marty Fulgueira Elfenbein: Initial Appearance as to Sanjay Kaushik held on 10/21/2024. The parties stipulated to Bond recommendation: Sanjay Kaushik (1) Pretrial Detention - STIP with the right to revisit. Defendant ordered removed. Hindi Interpreter present. (Digital 13:36:19/14:54:19/15:09:36) Signed by Magistrate Judge Marty Fulgueira Elfenbein on 10/18/2024. (yeh0) (Entered: 10/21/2024) |