Per C. Olson, OSB #933863
HOEVET OLSON, PC
1000 SW Broadway, Suite 1740
Portland, Oregon  97205
Telephone:  (503) 228-0497
Facsimile:  (503) 228-7112
Email:  per@hoevetlaw.com

      Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>SANJAY KAUSHIK,<br><br>      Defendant. | Case No. 3:24-CR-00439-IM<br><br>DEFENDANT'S UNOPPOSED MOTION FOR POSTPONEMENT OF TRIAL DATE |

      Defendant, Sanjay Kaushik, through his attorney Per C. Olson, moves this Court for an order postponing the trial date in this case for approximately 120 days from May 20, 2025 to September 16, 2025 or a date thereafter convenient to the Court.   Mr. Kaushik has been advised of the need for the continuance and has authorized counsel to represent he has no objection to the continuance with the knowledge that the time frame is excludable under the Speedy Trial Act.  The time frame of the requested continuance is excludable from Speedy Trial computations pursuant to 18 U.S.C. § 3161(h)(7)(A), and the ends of justice served by the granting of the continuance outweigh the interests of the public and the defendant in a speedier trial.

      Assistant United States Attorney Gregory Nyhus does not oppose this request.

Page 1 - UNOPPOSED MOTION TO POSTPONE TRIAL

HOEVET OLSON, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1740
PORTLAND, OREGON  97205
(503) 228-0497

This motion is supported by the attached Declaration of Per C. Olson.

DATED this 22nd day of April, 2025.

                        HOEVET OLSON, PC

                        *s/ Per C. Olson*
                        Per C. Olson, OSB #933863
                        Of Attorneys for Defendant

Page 2 - UNOPPOSED MOTION TO POSTPONE TRIAL

HOEVET OLSON, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1740
PORTLAND, OREGON 97205
(503) 228-0497